ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

    CALVIN S. WEDINGTON, 18915-037
    PRO-SE          Petitioner,

    -v-

    FEDERAL BUREAU OF PRISONS
               Respondent.
----------------------------------x



PETITION



COGAN FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 20 2011 ★
BROOKLYN OFFICE

3. Name and location of court which entered judgment of conviction under which you are presently confined (if applicable).
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, 101 W. LOMBARD STREET BALTIMORE, MARYLAND 21201-2691

4. Date of judgment of conviction SEPTEMBER 15, 1982

5. Length of sentence LIFE B2 4205  Sentencing Judge FRANK KAUFMAN, CHIEF JUDGE

6. Nature of offenses for which you were convicted: 2ND DEGREE MURDER 1111

7. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time:  Yes _____  No xxxx

8. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  Yes _____  No xxxx

    A. If so, give name and location of court which imposed sentence to be served in the future:
    N/A

    B. And give date and length of sentence to be served in future:
    N/A

    C. Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?  Yes _____  No N/A

    D. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

        A. Ground one: ILLEGAL CONFINEMENT ON SENTENCED ALREADY SERVED; RELEASED FEBRUARY 20, 1993 BY JUDGE FRANK KAUFMAN BEFORE HE DIED AND COURT WAS REBUILTED FROM AN EXPLOSION OR IMPLOSION.

I FOUGHT THE CHARGE AND KAUFMAN COMMUTED LIFE SENTENCE TO 11 YEARS DAY FOR DAY AND WAS RELEASED AFTER HIRING LEGAL HELP TO GET RELEASED FROM LEWISBURG, PA.'S UNITED STATES PENITENIARY.

B. Ground two: WAS LANDING IN OKINAWA, JAPAN WHEN PLANE CRASHED ON

Supporting FACTS (tell your story briefly without citing cases or law):
SEE ANTITRUST LITIGATION CASE MDL 1775 AIR CARGO SUIT WAS PASSENGER WHEN PLANE RAN OUT OF FUEL. CASE BEING HEARD IN U. S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK, 225 CADMAN PLAZA EAST, BROOKLYN, NEW YORK, 11201

C. Ground three: BOP KEPT 4247'ING PETITIONER TO OBTAIN 4245 LIKE HE NEVER LEFT CUSTODY OF FBOP.

Supporting FACTS (tell your story briefly without citing cases or law):
AFTER CRASH WAS THROWN IN FMC BUTNER AND WARDEN KNEW I HAD BEEN RELEASED CAUSE I WORKED AS A FEDERAL U.S. MARSHALL SUPERVISOR AND HAD PLENTY OF ARRESTS IN N.CAROLINA AREA AND ALONG THE EAST COAST EX. THE D.C. SNIPER'S TALKED TO THE UNIBOMBER NOT ONCE BUT TWICE. BROUGHT SADDAM HUSSEIN TO JUDGE ON 333 CONSTITUTION AVE. COURT HOUSE AND HE TOLD ME THE U.S. DIDN'T WANT HUSSEIN SO I FLEW HIM BACK TO IRAQ AFTER OBTAINING TRANSCRIPTS OF COURT PROCEEDING OF JUDGE DENIEDING BE THE REWARD MONEY FOR HIM. KNEW HIM

(Please insert additional grounds, if necessary)
PERSONALLY FROM OIL CONTRACTS. I OWN SEVERAL OIL WELLS OVER THERE.

Wherefore, petitioner prays that the Court grant petitioner relief to which he/she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3 JUNE 2011
Date

CALVIN SCOTT WEDINGTON 18915-037 PRO-SE
Name (Print)
18915-037
Inmate Identification Number

*Calvin Scott Wedington*
Signature
FMC ROCHESTER, 2110 E. CENTER ST. 55903-4000
Address
PMB 4000 WESTRICK BLDG. 119-W

ROCHESTER, MN 55903-4000

N/A UNKNOWN
Telephone Number

JULY 17, 1957
Date of Birth